UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, | Criminal No. 07-915 (FSH) |
| v. | **ORDER OF DISMISSAL** |
| VENIDA SHERROD, | |
| Defendant. | |

This matter having been removed to this Court from the East Orange, New Jersey Municipal Court on motion of the United States pursuant to 28 U.S.C. § 1442; and defendant having appeared before the Court on April 7, 2008 for an initial appearance and status conference; and no appearances were entered at the above proceeding on behalf of the East Orange Municipal Prosecutor; and for the reasons set forth on the record at this proceeding,

**IT IS** on this 7th day of April, 2008,

**ORDERED** that all charges in the Complaint are hereby **DISMISSED** for failure to prosecute; it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

   /s/  Faith S. Hochberg
United States District Court